

8cW a Ybh ++%]g ; F5BH98"

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| VS. | ) No. 3:11-cr-00012 |
| | ) JUDGE WISEMAN |
| | ) |
| JOSHUA DIX | ) |

### DEFENDANT JOSHUA DIX'S MOTION FOR LEAVE TO JOIN THE MOTIONS TO SUPPRESS EVIDENCE AND MEMORANDUM IN SUPPORT FILED BY DEFENDANTS PORTER, VANCE, SIMONS, JELK, CROSS, BROWN, EWING, HOWARD, PARNELL, AND SHINE (D.E. # 744, D.E. # 745, AND D.E. #748)

Comes the Defendant, Joshua Dix, by and through undersigned counsel, and respectfully moves this honorable Court for leave to join the joint Motions and Memorandum in Support of those Motions that were filed by Defendants Porter, Vance, Simons, Jelks, Cross, Brown, Ewing, Howard, Parnell, and Shine. (D.E. # 744, D.E. # 745, and D.E. # 748).

Docket Entry Number 744 is titled "Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT1)." Mr. Dix is similarly situated with his co-defendants and the same facts and analysis are applicable to Mr. Dix as described in D.E. Number 744.

Docket Entry Number 745 is titled "Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT2)." Mr. Dix is similarly situated with his co-defendants and the same facts and analysis are applicable to Mr. Dix as described in D.E. Number 744.