**Document #823 is GRANTED.** 

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | No. 3:11-cr-00012 |
| ) | JUDGE WISEMAN |
| ) | |
| JOSHUA DIX ) | |

### DEFENDANT JOSHUA DIX'S MOTION FOR LEAVE TO JOIN AND ADOPT THE MOTION TO SUPPRESS EVIDENCE FILED BY DEFENDANTS SIMONS, JELK, BROWN, EWING, HOWARD, PARNELL, AND SHINE (D.E. # 777)

Comes Defendant Joshua Dix, by and through undersigned counsel, and respectfully moves this honorable Court for leave to join and adopt the joint Motion to Suppress that was filed by Defendants Simons, Jelks, Brown, Ewing, Howard, Parnell, and Shine and to join and adopt all exhibits filed in support of Docket Entry Number 744, 745, 748, and 777. (D.E. #777).

Docket Entry Number 777 is titled "Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT3)." Mr. Dix is similarly situated with his co-defendants and the same facts and analysis are applicable to Mr. Dix as described in Docket Entry Number 777.

Mr. Dix has already been granted leave to join in Docket Entry Number 748, which is titled "Memorandum of Law in Support of Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretaps: TT1, TT2, TT3, TT4, TT5, TT6, TT7, TT8, TT9, TT10, TT11." (D.E. #778). Mr. Dix is similarly situated with his co-defendants and the same facts and analysis are applicable to Mr. Dix as described in Docket Entry Number 748.